## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **OTTO S. MEADOWS,** | **CIVIL ACTION** |
|         **Plaintiff,** | |
| | |
|     **v.** | |
| | |
| **HARCUM COLLEGE,** | **NO.  13-2946** |
| **DR. JOHN DETEMPLE, President,** | |
| **Harcum College,** | |
| **JULIA INGERSOLL, Esquire, Director** | |
| **of Human Resources & Legal Affairs,** | |
| **Harcum College, and** | |
| **KEVIN RYAN, Director, Campus Safety,** | |
| **Harcum College,** | |
|        **Defendants.** | |

## <u>O R D E R</u>

**AND NOW**, this 4th day of November, 2014, upon consideration of the record in this case and the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter dated September 30, 2014, no objections having been filed, **IT IS ORDERED** as follows:

1.      The Report and Recommendation of United States Magistrate Judge Thomas J. Rueter dated September 30, 2014, is **APPROVED** and **ADOPTED**;

2.      Plaintiff's Motion Under Local Rule of Civil Procedure 41.1(b) to Vacate the Order of April 28, 2014 Dismissing This Civil Action (Document No. 27), and Clarification of the Motion (Document No. 28) are **DENIED**;

3.      On or before November 17, 2014, plaintiff shall sign a settlement agreement consistent with the terms of the settlement placed on the record on April 28,

2014, as amended and/or supplemented by the terms of the settlement placed on the

record on September 16, 2014; and

    4.    The Clerk of Court shall mark this case **CLOSED**.

**BY THE COURT:**

**/s/ Jan E. DuBois**

**_____**

   **DuBOIS, JAN E., J.**